# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Samuel Alba

COURT REPORTER: Mindy Powers
COURTROOM DEPUTY: Stephanie Schaerrer
INTERPRETER:

DATE: 1/15/04

TAPE NO.

CASE NO.  2:03-CR-752 DAK

LOG NO.  -

USA vs Susan G. Collins

Approved By:_____

## APPEARANCE OF COUNSEL

Pla     Richard D. McKelvie, AUSA
Dft     Anneli R. Smith
US PO   John Warner

MATTER SET: Initial Appearance, Arraignment, Pretrial Conference

DOCKET ENTRY:

      Defendant present. Charges, rights and penalties explained. Government has filed a motion to unseal the Indictment, Court granted the motion. Indictment is unsealed. Defendant has retained Neil Kaplan as counsel, Anneli Smith appeared for Mr. Kaplan. Defendant waived formal reading of the Indictment, plea of NOT GUILTY entered. Government to provide all discovery by 1/22/04. Due to the voluminous discovery, Court set the matter for a status conference on 3/2/04 at 9:00am. Court ordered all time to be excluded pursuant to the Speedy Trial Act. Mr. McKelvie to prepare an order re: exclusion of time. Government did not request detention, Court ordered the defendant released with conditions. See order in file for specifics. Order setting conditions of release executed.

