## MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Samuel Alba

COURT REPORTER: Electronic
COURTROOM DEPUTY: Stephanie Schaerrer
INTERPRETER:

DATE: 3/2/04

TAPE NO. 17

CASE NO. 2:03-CR-752 DAK

LOG NO.   493 - 784

USA vs Susan Collins

Approved By:_____

### APPEARANCE OF COUNSEL

| | |
|---|---|
| Pla | Richard McKelvie, AUSA |
| Dft | Anneli Smith |
| US PO | Stacey Smith |

MATTER SET: Status Conference

DOCKET ENTRY:

Defendant present with counsel. After hearing from counsel, Court instructed counsel to continue with the discovery process. Court set further status for 4/27/04 at 9:00am. Counsel are to let the court know of what motions they may be filing at that time. Time is to be excluded pursuant to the Speedy Trial Act. Mr. McKelvie to prepare an order.