BRETT L. TOLMAN , United States Attorney (#8821)
RICHARD D. MCKELVIE, Assistant United States Attorney (# 2205)
Attorneys for the United States of America
185 South State Street, Suite 300
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

APR 09 2007

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | 2:03-CR-752 DAK |
| vs. | : | DISMISSAL OF INDICTMENT |
| SUSAN COLLINS, | : | |
| Defendant. | | |

---

Upon motion of the United States, and leave of the Court, the above-captioned indictment is hereby dismissed.

DATED this ____ day of April, 2007.

SO ORDERED

_____
DALE A. KIMBALL
United States District Judge

Date  4-6-07

BRETT L. TOLMAN
United States Attorney

/S/ Richard D. McKelvie
RICHARD D. MCKELVIE
Assistant United States Attorney